FILED — ENTERED
LODGED — RECEIVED

OCT 1 8 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

06-CV-01134-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NIPPONKOA INSURANCE COMPANY LTD.,

Plaintiff,

v.

SSA MARINE INC., et al,

Defendants.

Case No. C06-1134P

ORDER OF DISMISSAL

Counsel having notified the court of the settlement of this case, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 60 days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED this ___18___ day of October, 2006.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL